

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO: 12-33901 CA 27

SHELLY HILL,

    Plaintiff,

vs.

ROSS DRESS FOR LESS, INC. D/B/A
DD'S DISCOUNTS AND ROSS STORES, INC.
D/B/A DD'S DISCOUNTS,

    Defendants.

_____/



ORIGINAL FILED
AUG 2 8 2012
HARVEY RUVIN
CLERK

## COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

Plaintiff, through counsel, sues the Defendants and alleges:

### GENERAL ALLEGATIONS

1. This is a case with damages in excess of the Court's $15,000.00 jurisdictional limits.

2. At all times material, Plaintiff, Shelly Hill, was, and is, a resident of Miami-Dade County, Florida.

3. Upon information and belief, at all times material, Defendant, Ross Dress for Less, Inc. d/b/a DD's Discounts, was, and is, a foreign corporation with its principal place of business in Pleasanton, California, that was, and is, authorized to conduct, and conducting business in the State of Florida.

4. At all times material hereto, Defendant, Ross Dress for Less, Inc. d/b/a DD's Discounts, owned, operated or had possession and control of the premises known as DD's Discounts,

EXHIBIT 1

FREIDIN & DOBRINSKY, P.A., One Biscayne Tower, Blvd., Miami, FL 33131, Phone: 305.371.3666, Fax: 305.371.6725

located at 21401 Northwest 2nd Avenue, Miami, Florida 33169 (the "Property"), that was used as a discount retail store.

5. Upon information and belief, at all times material, Defendant, Ross Stores, Inc. d/b/a DD's Discounts, was, and is, a corporation licensed to do and doing business within the State of Florida, and maintained offices and otherwise conducted business within Miami-Dade County, Florida.

6. At all times material hereto, Defendant, Ross Stores, Inc. d/b/a DD's Discounts, owned, operated or had possession and control of the premises known as DD's Discounts, located at 21401 Northwest 2nd Avenue, Miami, Florida 33169 (the "Property"), that was used as a discount retail store.

7. On or about March 16, 2012, Plaintiff, Shelly Hill, was lawfully upon the Property and was a business invitee of the Property of the Defendant, Ross Dress for Less, Inc. d/b/a DD's Discounts.

8. On or about March 16, 2012, Plaintiff, Shelly Hill, was lawfully upon the Property and was a business invitee of the Property of the Defendant, Ross Stores, Inc. d/b/a DD's Discounts.

9. On or about March 16, 2012, while lawfully on the Property, Plaintiff, Shelly Hill, slipped and fell on a foreign object on the floor inside the discount retail store, to wit: loose plastic.

**NEGLIGENCE AGAINST ROSS DRESS FOR LESS INC D/B/A DD'S DISCOUNTS**

10. Plaintiff adopts and re-alleges paragraphs 1 - 9 as though set forth in full.

11. On or about March 16, 2012, Plaintiff, Shelly Hill, slipped and fell as she was shopping inside DD's Discounts located on the Property.

FREIDIN & DOBRINSKY, P.A., One Biscayne Tower, Suite 3100, 2 South Biscayne Blvd., Miami, FL 33131, Phone: 305.371.3666, Fax: 305.371.672!

12. At all times material hereto Defendant, Ross Dress for Less, Inc. d/b/a DD's Discounts, negligently maintained its premises, specifically its store floor, such that a foreign object, plastic, was not cleaned up and remained on the ground, causing the subject area of the store floor to be extremely slippery and unreasonably dangerous.

13. The Defendant, Ross Dress for Less, Inc. d/b/a DD's Discounts, through its agents, servants or employees, either knew or should have known of the above condition at the time of the incident. The condition which rendered the discount retail store floor unreasonably dangerous existed for sufficient time before Ms. Hills's fall for Defendant to correct the condition.

14. At all times material hereto the Defendant, Ross Dress for Less, Inc. d/b/a DD's Discounts, had a duty to Ms. Hill and others to maintain its premises in a reasonably safe condition, to ensure the retail floor surfaces were safe and free from defects and foreign objects, to warn Ms. Hill of the retail store floor's extreme slipperiness when covered by plastic, to warn Ms. Hill of the presence of the plastic, to protect Ms. Hill from slipping and falling on the unreasonably slippery retail store floor, to rectify or correct said conditions, to take reasonable measures to prevent the accumulation and/or presence of plastic on the floor and to prevent the unreasonably dangerous conditions.

15. At that time and place, Plaintiff, Shelly Hill, was caused to slip and fall and sustain injuries due to the negligent maintenance and hazardous risk conditions upon the aforementioned premises. The Defendant was negligent and breached its duty owed to Ms. Hill in one or more of the following ways:

    a. Failing to warn Ms. Hill of the presence of plastic on the retail floor;

3

    b.    Failing to take reasonable measures to prevent the accumulation and presence of plastic on the floor;

    c.    Failing to clean up the plastic in a reasonably timely manner;

    d.    Failing to correct and rectify the dangerous conditions that existed on its premises;

    e.    Failing to timely and adequately remove debris or substances that had accumulated on the floor of the premises when Defendant knew, or should have known, of the dangerous and unsafe condition of the premises; and/or

    f.    Failing to maintain the retail floor in a safe and reasonable manner for those persons lawfully upon the premises of the Defendant.

16. The negligently created dangerous or hazardous conditions were known to the Defendant or had existed for a sufficient length of time so that the Defendant should have known of them.

17. As a direct and proximate result of the negligence of the Defendant, Plaintiff, Shelly Hill, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of the capacity for the enjoyment of life, expensive hospitalization, medical and nursing care and treatment, loss of earnings, loss of earning capacity and ability to earn money in the future and the aggravation of previously existing conditions. The losses are either permanent or continuing in nature and Ms. Hill will suffer from losses in the future.

WHEREFORE, Plaintiff, Shelly Hill, demands judgment against the Defendant, Ross Dress for Less, Inc. d/b/a DD's Discounts, for compensatory damages together with costs of this suit, pre-judgment interest on all liquidated amounts and demands trial by jury of all issues so triable as a matter of right, and any further relief that this Court deems just and proper.

FREIDIN & DOBRINSKY, P.A., One Biscayne Tower, Suite 3100, 2 South Biscayne Blvd., Miami, FL 33131, Phone: 305.371.3666, Fax: 305.371.6725

## NEGLIGENCE AGAINST ROSS STORES, INC. D/B/A DD'S DISCOUNTS

18. Plaintiff adopts and re-alleges paragraphs 1 - 9 as though set forth in full.

19. On or about March 16, 2012, Plaintiff, Shelly Hill, slipped and fell as she was shopping inside DD's Discounts located on the Property.

20. At all times material hereto Defendant, Ross Stores, Inc. d/b/a DD's Discounts, negligently maintained its premises, specifically its store floor, such that a foreign object, plastic, was not cleaned up and remained on the ground, causing the subject area of the store floor to be extremely slippery and unreasonably dangerous.

21. The Defendant, Ross Stores, Inc. d/b/a DD's Discounts, through its agents, servants or employees, either knew or should have known of the above condition at the time of the incident. The condition which rendered the discount retail store floor unreasonably dangerous existed for sufficient time before Ms. Hills's fall for Defendant to correct the condition.

22. At all times material hereto the Defendant, Ross Stores, Inc. d/b/a DD's Discounts, had a duty to Ms. Hill and others to maintain its premises in a reasonably safe condition, to ensure the retail floor surfaces were safe and free from defects and foreign objects, to warn Ms. Hill of the retail store floor's extreme slipperiness when covered by plastic, to warn Ms. Hill of the presence of the plastic, to protect Ms. Hill from slipping and falling on the unreasonably slippery retail store floor, to rectify or correct said conditions, to take reasonable measures to prevent the accumulation and/or presence of plastic on the floor and to prevent the unreasonably dangerous conditions.

23. At that time and place, Plaintiff, Shelly Hill, was caused to slip and fall and sustain injuries due to the negligent maintenance and hazardous risk conditions upon the aforementioned

premises. The Defendant was negligent and breached its duty owed to Ms. Hill in one or more of the following ways:

a. Failing to warn Ms. Hill of the presence of plastic on the retail floor;

b. Failing to take reasonable measures to prevent the accumulation and presence of plastic on the floor;

c. Failing to clean up the plastic in a reasonably timely manner;

d. Failing to correct and rectify the dangerous conditions that existed on its premises;

e. Failing to timely and adequately remove debris or substances that had accumulated on the floor of the premises when Defendant knew, or should have known, of the dangerous and unsafe condition of the premises; and/or

f. Failing to maintain the retail floor in a safe and reasonable manner for those persons lawfully upon the premises of the Defendant.

24. The negligently created dangerous or hazardous conditions were known to the Defendant or had existed for a sufficient length of time so that the Defendant should have known of them.

25. As a direct and proximate result of the negligence of the Defendant, Plaintiff, Shelly Hill, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of the capacity for the enjoyment of life, expensive hospitalization, medical and nursing care and treatment, loss of earnings, loss of earning capacity and ability to earn money in the future and the aggravation of previously existing conditions. The losses are either permanent or continuing in nature and Ms. Hill will suffer from losses in the future.

WHEREFORE, Plaintiff, Shelly Hill, demands judgment against the Defendant, Ross Stores, Inc. d/b/a DD's Discounts, for compensatory damages together with costs of this suit, pre-judgment

FREIDIN & DOBRINSKY, P.A., One Biscayne Tower, Suite 3100, 2 South Biscayne Blvd., Miami, FL 33131, Phone: 305.371.3666, Fax: 305.371.672!

interest on all liquidated amounts and demands trial by jury of all issues so triable as a matter of right, and any further relief that this Court deems just and proper.

DATED this 28th day of August, 2012.

                                         FREIDIN • DOBRINSKY
                                         One Biscayne Tower, Suite 3100
                                         2 South Biscayne Boulevard
                                         Miami, Florida 33131
                                         Telephone: (305) 371-3666

                                 BY: _____
                                         RANDY ROSENBLUM
                                         FBN: 0983527
                                         ERIC BLUESTEIN
                                         FBN: 0058240



IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO:

SHELLY HILL,

    Plaintiff,

vs.

ROSS DRESS FOR LESS, INC. D/B/A
DD'S DISCOUNTS AND ROSS STORES, INC.
D/B/A DD'S DISCOUNTS,

    Defendants.
_____/

## AMENDED COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

Plaintiff, through counsel, sues the Defendants and alleges:

### GENERAL ALLEGATIONS

1. This is a case with damages in excess of the Court's $15,000.00 jurisdictional limits.

2. At all times material, Plaintiff, Shelly Hill, was, and is, a resident of Miami-Dade County, Florida.

3. Upon information and belief, at all times material, Defendant, Ross Dress for Less, Inc. d/b/a DD's Discounts, was, and is, a foreign corporation with its principal place of business in Pleasanton, California, that was, and is, authorized to conduct, and conducting business in the State of Florida.

4. At all times material hereto, Defendant, Ross Dress for Less, Inc. d/b/a DD's Discounts, owned, operated or had possession and control of the premises known as DD's Discounts,

FREIDIN & DOBRINSKY, P.A., *One Biscayne Tower, Suite 3100, 2 South Biscayne Blvd., Miami, FL 33131, Phone: 305.371.3666, Fax: 305.371.6725*

interest on all liquidated amounts and demands trial by jury of all issues so triable as a matter of right, and any further relief that this Court deems just and proper.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed and emailed this 11th day of September, 2012 to: Michael A. Garcia, Esq., Fowler White Burnett, Espirito Santo Plaza, 14th Floor, 1395 Brickell Avenue, Miami, Florida 33131 (Mgarcia@fowler-white.com).

FREIDIN • DOBRINSKY
One Biscayne Tower, Suite 3100
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 371-3666

BY: _____
RANDY ROSENBLUM
FBN: 0983527
ERIC BLUESTEIN
FBN: 0058240