UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:12-CV-23368-PAS

SHELLY HILL,

    Plaintiff,

vs.

ROSS DRESS FOR LESS, INC. d/b/a DD'S
DISCOUNTS AND ROSS STORES, INC.
d/b/a DD'S DISCOUNTS,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT ROSS STORE, INC. ONLY

Plaintiff, through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), states that Defendant, Ross Stores, Inc., has not served an Answer or a Motion for Summary Judgment in this matter, and Plaintiff hereby voluntarily dismisses Defendant, Ross Stores, Inc., without prejudice.

                                        FREIDIN • DOBRINSKY
                                        Counsel for Plaintiff
                                        2 South Biscayne Boulevard, Suite 3100
                                        Miami, Florida 33131
                                        Telephone: (305) 371-3666
                                        Facsimile:  (305) 371-6725

                                By:    */s/ Randy Rosenblum*
                                         Randy Rosenblum, Esq.
                                         Fla. Bar No. 0983527
                                         Rrosenblum@fdlaw.net
                                         Eric Bluestein, Esq.
                                         Fla. Bar No. 0058240
                                         Ebluestein@fdlaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on this **15th** day of October, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorised to receive electronically Notice of Electronic Filing.

/s/ *Randy Rosenblum*
Randy Rosenblum
Florida Bar No. 0983527
Rrosenblum@fdlaw.net
Eric Bluestein, Esq.
Fla. Bar No. 0058240
Ebluestein@fdlaw.net

## SERVICE LIST

Eric Bluestein, Esquire (0058240)
Ebluestein@fdlaw.net
Randy Rosenblum, Esquire (0983527)
Rrosenblum@fdlaw.net
FREIDIN • DOBRINSKY, P.A.
2 South Biscayne Boulevard
One Biscayne Tower, Suite 3100
Miami, Florida 33131
Telephone: 305-371-3666
Facsimile: 305-371-6725
*Counsel for Plaintiff*

Michael A. Garcia, Esquire
Mgarcia@fowler-white.com
FOWLER WHITE BURNETT, P.A.
Espirito Santo Plaza, 14th Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone: 305-789-9200
Facsimile: 305-789-9201
*Counsel for Defendants*