UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-23368-CIV-SEITZ/SIMONTON

SHELLY HILL,

        Plaintiff,

vs.

ROSS DRESS FOR LESS, INC., et al.,

        Defendants.
_____/

## ORDER DISMISSING DEFENDANT ROSS STORES, INC.

THIS MATTER is before the Court on Plaintiff's Notice of Voluntary Dismissal as to Defendant Ross Stores, Inc., Only [DE-9]. Given that Defendant Ross Store, Inc. has not filed an Answer, it is

ORDERED that Defendant Ross Stores, Inc. is DISMISSED without prejudice.

DONE and ORDERED in Miami, Florida, this 16th day of October, 2012.

                                              PATRICIA A. SEITZ
                                              UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record