UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:12-CV-23368-PAS

SHELLY HILL,

    Plaintiff,

vs.

ROSS DRESS FOR LESS, INC. d/b/a DD'S DISCOUNTS,

    Defendant.
_____/

**SECOND AMENDED COMPLAINT FOR**
**DAMAGES AND DEMAND FOR JURY TRIAL**

Plaintiff, through counsel, sues Defendant and alleges:

**GENERAL ALLEGATIONS**

1. This is an action for damages in excess of $75,000.00, exclusive of attorney's fees, costs and interest.

2. At all times material, Plaintiff, Shelly Hill, was, and is a resident of Miami-Dade County, Florida.

3. Upon information and belief, at all times material, Defendant, Ross Dress for Less, Inc. d/b/a DD's Discounts, was, and is, a foreign corporation with its principal place of business in Pleasanton, California, that was, and is, authorized to conduct, and conducting business in the State of Florida.

4. At all times material hereto, Defendant, Ross Dress for Less, Inc. d/b/a DD's Discounts, owned the premises known as DD's Discounts, located at 21401 Northwest 2nd Avenue,

Miami, Florida 33169 (the "Property"), that was used as a discount retail store.

5. At all times material, Defendant, Ross Dress for Less, Inc. d/b/a DD's Discounts operated the Property that was used as a discount retail store.

6. At all times material, Defendant, Ross Dress for Less, Inc. d/b/a DD's Discounts, had possession and control of the Property, that was used as a discount retail store.

7. On or about March 16, 2012, at approximately 3:30 pm, Plaintiff, Shelly Hill, was lawfully upon the Property as a customer and business invitee of the Property of the Defendant, Ross Dress for Less, Inc. d/b/a DD's Discounts, in order to purchase a shirt.

8. On or about March 16, 2012, at approximately 3:30 pm, while lawfully on the property and walking toward the cash register with the shirt she planned to purchase already in her possession, Plaintiff, Shelly Hill, slipped and fell on a foreign object on the floor inside the discount retail store, to wit: loose plastic.

**NEGLIGENCE AGAINST ROSS DRESS FOR LESS, INC. D/B/A DD'S DISCOUNTS**

9. Plaintiff adopts and re-alleges paragraphs 1 - 8 as though set forth in full.

10. At all times material hereto, Defendant, Ross Dress for Less, Inc. d/b/a DD's Discounts, negligently maintained its premises, specifically, its store floor, such that a foreign object, plastic, was not cleaned up and remained on the ground, causing the subject area of the store floor to be extremely slippery and unreasonably dangerous.

11. The condition which rendered the discount retail store floor unreasonably dangerous existed for sufficient time before Ms. Hill's fall for Defendant to correct the condition.

12. The condition which rendered the discount retail store floor unreasonably dangerous existed for sufficient time before Ms. Hill's fall that Defendant should have known of the dangerous

condition.

13. Defendant, Ross Dress for Less, Inc. d/b/a DD's Discounts, through its agents, servants or employees either knew or should have known of the above condition at the time of the incident.

14. Prior to her fall, Plaintiff, Shelly Hill, did not know that there was loose plastic on the discount retail store floor.

15. Prior to her fall, the loose plastic on the discount retail store floor was concealed and Plaintiff could not have discovered the presence of the plastic through the exercise of her own due care.

16. At all times material hereto, Defendant, Ross Dress for Less, Inc. d/b/a DD's Discounts, had a duty to use reasonable care to maintain its premises in a safe condition.

17. At all times material hereto, Defendant, Ross Dress for Less, Inc. d/b/a DD's Discounts, had a duty to protect Plaintiff from the harmful effects of dangerous conditions on Defendant's premises.

18. Prior to Plaintiff's slip and fall, Defendant had a duty to use reasonable care to learn of the existence of the plastic on its retail store floor.

19. At all times material hereto, Defendant, Ross Dress for Less, Inc. d/b/a DD's Discounts, had a duty to use reasonable care to learn of the existence of any dangerous conditions, such as plastic, on its premises.

20. At all times material hereto, Defendant, Ross Dress for Less, Inc. d/b/a DD's Discounts, had a duty to protect Plaintiff from the plastic on its retail store floor.

21. At all times material, Defendant, Ross Dress for Less, Inc. d/b/a DD's Discounts, had a duty

to warn Plaintiff of the plastic on its retail store floor.

22. The Defendant was negligent and breached its duty owed to Ms. Hill by failing to warn Ms. Hill of the presence of plastic on the retail store floor.

23. The Defendant was negligent and breached its duty owed to Ms. Hill by failing to take reasonable measures to prevent the accumulation and presence of plastic on the floor.

24. The Defendant was negligent and breached its duty owed to Ms. Hill by failing to clean up the plastic in a timely manner.

25. The Defendant was negligent and breached its duty owed to Ms. Hill by failing to correct and rectify the dangerous condition that existed on its premises.

26. The Defendant was negligent and breached its duty owed to Ms. Hill by failing to timely and adequately remove debris or substances that had accumulated on the floor of the premises when Defendant knew, or should have known, of the dangerous and unsafe condition of the premises.

27. The Defendant was negligent and breached its duty owed to Ms. Hill by failing to maintain the retail store in a safe and reasonable manner for those persons lawfully on the premises of the Defendant.

28. As a direct and proximate result of the negligence of the Defendant, Plaintiff, Shelly Hill, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of the capacity for the enjoyment of life, expensive hospitalization, medical and nursing care and treatment, loss of earnings, loss of earning capacity and ability to earn money in the future and the aggravation of previously existing conditions. The losses are either permanent or continuing in nature and Ms. Hill will suffer from these losses in the

future.

WHEREFORE, Plaintiff, Shelly Hill, demands judgment against the Defendant, Ross Dress for Less, Inc. d/b/a DD's Discounts, for compensatory damages together with the costs of this suit, pre-judgment interest on all liquidated amounts and demands trial by jury of all issues so triable as a matter of right, and any further relief that this Court deems just and proper.

DATED this **22nd** day of October.

Respectfully submitted,

FREIDIN DOBRINSKY, P.A.
One Biscayne Tower, Suite 3100
2 South Biscayne Blvd.
Miami, Florida 33131
Telephone: 305-371-3666
Facsimile: 305-371-6725

BY:  *s/ Eric Bluestein*
Eric Bluestein, Esq.
Fla. Bar No. 0058240
Ebluestein@fdlaw.net
Randy Rosenblum, Esq.
Fla. Bar No. 0983527
Rrosenblum@fdlaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on this **22nd** day of October, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorised to receive electronically Notice of Electronic Filing.

        /s/ Eric Bluestein
Eric Bluestein, Esq.
Fla. Bar No. 0058240
Ebluestein@fdlaw.net
Randy Rosenblum, Esq.
Fla. Bar No. 0983527
Rrosenblum@fdlaw.net

**SERVICE LIST**

Eric Bluestein, Esquire (0058240)
Ebluestein@fdlaw.net
Randy Rosenblum, Esquire (0983527)
Rrosenblum@fdlaw.net
FREIDIN • DOBRINSKY, P.A.
2 South Biscayne Boulevard
One Biscayne Tower, Suite 3100
Miami, Florida 33131
Telephone: 305-371-3666
Facsimile: 305-371-6725
*Counsel for Plaintiff*

Michael A. Garcia, Esquire
Mgarcia@fowler-white.com
FOWLER WHITE BURNETT, P.A.
Espirito Santo Plaza, 14th Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone: 305-789-9200
Facsimile: 305-789-9201
*Counsel for Defendants*