UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-23368-CIV-SEITZ/SIMONTON

SHELLY HILL,

        Plaintiff,

vs.

ROSS DRESS FOR LESS, INC.,

        Defendant.

_____/

**FINAL JUDGMENT**

    Pursuant to the Court's Order Granting Defendant's Motion for Summary Judgment, issued on November 26, 2013, it is hereby

    ORDERED that judgment is entered in favor of Defendant, Ross Dress for Less, Inc., and against Plaintiff, Shelly Hill. Plaintiff shall recover nothing and the action against Defendant Ross Dress for Less, Inc. is dismissed on the merits.

    DONE and ORDERED in Miami, Florida, this 26th day of November, 2013.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record