UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:12-CV-23368-PAS

FILED by ___MC___ D.C.
ELECTRONIC

DEC 26, 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

SHELLY HILL,

    Plaintiff,

vs.

ROSS DRESS FOR LESS, INC. d/b/a DD'S
DISCOUNTS AND ROSS STORES, INC.
d/b/a DD'S DISCOUNTS,

    Defendants.
_____/

## NOTICE OF APPEAL

Notice is hereby given that Shelly Hill, Plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit, from the Order Denying Motion for Adverse Interest and Granting Motion for Summary Judgment entered in this action on the 26th day of November, 2013 by Judge Patricia A. Seitz. The Order was rendered final and appealable by virtue of the Order of the District Court which granted Defendant's Motion for Summary Judgment and by the entry of Final Judgment entered that same day. A copy of the Orders are attached hereto as Exhibits "A" and "B," respectively.

Dated: December 19, 2013
       Miami, Florida

Respectfully submitted,

/s/ Randy Rosenblum
Randy Rosenblum
Florida Bar No. 0983527
Rrosenblum@fdlaw.net
Eric Bluestein, Esq.
Fla. Bar No. 0058240
Ebluestein@fdlaw.net

FREIDIN, DOBRINSKY, BROWN & ROSENBLUM, P.A.
One Biscayne Tower, Suite 3100, 2 South Biscayne Boulevard, Miami, FL 33131, Phone: 305.371.3666, Fax: 305.371.6725