# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

FILED by MC D.C.
ELECTRONIC

FEB 04, 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 04, 2014

Steven M. Larimore
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 13-15795-EE
Case Style: Shelly Hill v. Ross Dress for Less, Inc.
District Court Docket No: 1:12-cv-23368-PAS

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Lois Tunstall, EE
Phone #: (404) 335-6224

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 13-15795-EE

_____

SHELLY HILL,

Plaintiff - Appellant,

versus

ROSS DRESS FOR LESS, INC.,
d.b.a. DD's Discounts,

Defendant - Appellee.

--------------------------
On Appeal from the United States District Court for the
Southern District of Florida
--------------------------

BEFORE:   TJOFLAT and JORDAN, Circuit Judges.

BY THE COURT:

The parties' "Joint Stipulation for Dismissal with Prejudice," which is construed as a joint motion to dismiss the appeal with prejudice, with the parties to bear their own fees and costs, is GRANTED.